**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JORDAN SCHMITT                                                                      PLAINTIFF

V.                                            NO: 3:16CV00001 BSM/PSH

TRISH MARSHALL *et al*                                                        DEFENDANTS

**<u>ORDER</u>**

The Clerk is directed to change the style of the case to reflect the correct name of defendant

Susan Cox, as set forth in her answer (docket entry 8).

IT IS SO ORDERED this 9th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE