**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JORDAN SCHMITT                                                      PLAINTIFF

V.                        NO: 3:16CV00001 BSM/PSH

TRISH MARSHALL *et al*                                     DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Jordan Schmitt, who was formerly held at the Poinsett County Detention Center, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 4, 2016. On October 12, 2016, after mail sent to Schmitt at his address of record was returned as undeliverable, the Court entered an order directing him to file a notice of his current mailing address within 30 days. Doc. No. 18. That same order warned Schmitt that his failure to comply would result in the recommended dismissal of his complaint.[1]

---

[1] The Court notes that in its initial order for pro se prisoner-plaintiffs, Schmitt was notified of his duty to promptly notify the Clerk of a change of address. Schmitt was also notified that his

More than 30 days have passed, and Schmitt has not updated his address or otherwise responded to the order. Schmitt is not listed as a current inmate on the public websites maintained by the Arkansas Department of Correction or the Federal Bureau of Prisons. Under these circumstances, the Court concludes that Schmitt's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Jordan Schmitt's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

case may be dismissed without prejudice for failure to respond within 30 days to communication from the Court. Doc. No. 5.