**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JORDAN SCHMITT**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 3:16-CV-00001 BSM**

**TRISH MARSHALL and SUSAN COX**
**DEFENDANTS**

### ORDER

The proposed findings and recommendations [Doc. No. 20] submitted by United States Magistrate Judge Patricia S. Harris have been received. Plaintiff Jordan Schmitt has not filed objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety.

Accordingly, Schmitt's complaint is dismissed without prejudice, and it is hereby certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of February 2017.

_____
UNITED STATES DISTRICT JUDGE