IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JORDAN SCHMITT**                                                                      **PLAINTIFF**

**v.**                        **CASE NO. 3:16-CV-00001 BSM**

**TRISH MARSHALL and SUSAN COX**
**DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of February 2017.

_____
UNITED STATES DISTRICT JUDGE